**UNITED STATES of America,**
**Plaintiff-Appellee**

v.

**Eulalio ELIZONDO-CHAPA,**
**Defendant-Appellant**

No. 16-20208
Conference Calendar

United States Court of Appeals,
Fifth Circuit.

Date Filed: 12/20/2016

---

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff-Appellee

Eulalio Elizondo-Chapa, Pro Se

Before DENNIS, PRADO, and OWEN, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Eulalio Elizondo-Chapa has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Elizondo-Chapa has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Elizondo-Chapa's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.